# UNITED STATES DISTRICT COURT
**District of Kansas**
(Topeka Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **CASE NO.** 26-40018-TC

**JAIME SOLAYA CLAVERO.**

**Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**FALSE STATEMENT DURING PURCHASE OF A FIREARM**
**[18 U.S.C. § 922(a)(6)]**

On or about July 6, 2025, in the District of Kansas, the defendant,

**JAIME SOLAYA CLAVERO,**

in connection with the attempted acquisition of a firearm, namely a

Hi-Point
Model C9
9 mm caliber pistol
Serial # P10215037

from a licensed dealer of firearms within the meaning of chapter 44, Title 18 United States Code, knowingly made a false and fictious written statement to the licensed dealer, which statement was likely to deceive the dealer, as to a fact material to the lawfulness of such acquisition of said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented he was an American citizen, when in truth and in fact, the defendant knew that he is a citizen of Cuba; all in violation of Title 18 United States Code, Sections 922(a)(6) and 924 (a)(2)

A TRUE BILL.

April 1, 2026
DATE

s/Foreperson
FOREPERSON OF THE GRAND JURY

RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: */s/ Stephen A. Hunting*
Stephen A. Hunting
Assistant United States Attorney
District of Kansas
444 Quincy St., Suite 290
Topeka, Kansas 66683
Ph: (785) 295-2850
Fax: (785) 295-2853
Email: stephen.hunting@usdoj.gov
Ks. S. Ct. No. 21648

IT IS REQUESTED THAT THE TRIAL BE HELD IN TOPEKA, KANSAS

## PENALTIES

### Count 1: False Statement During Purchase of a Firearm

- Punishable by a term of imprisonment of not more than ten (10) years. 18 U.S.C. § 924(a)(2).
- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).
- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.